UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN C. COOPER | CIVIL ACTION |
| VERSUS | NO. 12-2572 |
| WESTEND CAPITAL MANAGEMENT, LLC | SECTION "N" (3) |

## ORDER AND REASONS

Presently before the Court is the "Motion to Alter or Amend Judgment or for Relief from Judgment" (Rec. Doc. 54), filed by Plaintiff, Sean C. Cooper, regarding the Court's August 26, 2013 Order and Reasons (Rec. Doc. 53). Having carefully considered the parties' submissions, **IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated in Defendant's opposition memorandum (Rec. Doc. 55). In short, Plaintiff asserts nothing demonstrating that reconsideration of the Court's prior ruling is warranted.

New Orleans, Louisiana, this 20th day of December 2013.

**KURT D. ENGELHARDT**
**United States District Judge**