UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SEAN C. COOPER                                               CIVIL ACTION

VERSUS                                                       NO.  12-2572

WESTEND CAPITAL MANAGEMENT, LLC                              SECTION  "N"  (3)

# O R D E R

      Considering Plaintiff's assertion that the subject arbitration has been completed, **IT IS ORDERED** that Plaintiff's unopposed motion to lift stay (Rec. Doc. 60) is **GRANTED**.

      New Orleans, Louisiana, this <u>2nd</u> day of <u>June</u> 2014.

**KURT D. ENGELHARDT**
**United States District Judge**