UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN C. COOPER | CIVIL ACTION |
| VERSUS | NO. 12-2572 |
| WESTEND CAPITAL MANAGEMENT, LLC, ET AL. | SECTION "N" (3) |

**ORDER AND REASONS**

Presently before the Court are the "Motion to Confirm Arbitration Award (Rec. Doc. 67) filed by Defendants WestEnd Capital Management, LLC ("WestEnd"), George Bolton, George Elliman, George Bolton Holdings, L.L.C., and Gustave Ozag,, and the "Motion to Vacate Arbitration Award (Rec. Doc. 72) filed by Plaintiff, Sean C. Cooper. Having carefully considered the parties' submissions, the record, and applicable law, **IT IS ORDERED** that Defendants' motion seeking confirmation of the October 24, 2014 Final Arbitration Award rendered by Arbitrator (Retired) Judge William Cahill, in JAMS Case No. 1100071836, is **GRANTED,** and that Plaintiff's motion to vacate the award is **DENIED**.

Because the result is the same, the Court finds it unnecessary to decide whether the parties' motions are governed by the Federal Arbitration Act, as asserted by Defendants, or instead by California statutory provisions regarding the confirmation and vacation of arbitration awards, as urged by Plaintiff. The Court likewise finds it unnecessary to determine whether Plaintiff waived his objections to Mr. Cahill's service, as an arbitrator, by not filing a written objection thereto in

1

accordance with JAMS rules. Otherwise, the Court rules on the pending motions, as stated, for essentially the reasons set forth in the memoranda filed by Defendants in support of the motion to confirm and in opposition to Plaintiff's motion to vacate. See Rec. Docs. 67-1, 78, and 82. In short, Plaintiff has failed to demonstrate that Mr. Cahill exceeded his authority as arbitrator, or that the absence of certain disclosures by Mr. Cahill, and/or the alternative dispute resolution company, JAMS, regarding the relationship between Mr. Bolton and JAMS shareholder John Bates, and/or Mr. Bolton and any other JAMS shareholder, warrants vacatur of the October 24, 2014 Final Arbitration Award.

New Orleans, Louisiana, this 1st day of July 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**